FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 0 8 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TONJA LITTRELL, JEFF LITTRELL AND TONJA AND JEFF LITTRELL, AS NEXT OF FRIENDS OF RLL, A MINOR CHILD, <br><br>Plaintiffs,<br><br>VS.<br><br>J.C. PENNEY CORPORATION, INC., D/B/A J.C. PENNEY, J.C. PENNEY HOLDINGS, INC., D/B/A J.C. PENNEY, AND J.C. PENNEY COMPANY, INC., D/B/A J.C. PENNEY,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Case No. 4:10cv333 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 11, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the parties' "Agreed Motion to Dismiss Removal" (Dkt. 7) was is in essence an agreed motion to remand and should be GRANTED and that this case should be remanded for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, the "Agreed Motion to Dismiss Removal" (Dkt. 7) is GRANTED and this case shall be remanded to the 401st[1] District Court of Collin County, Texas for further proceedings.

**IT IS SO ORDERED.**

SIGNED this 8th day of March, 2011.

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1]The court notes that the report references the 410th District Court because that is the court number referenced on the Index of State Court Pleadings filed by the parties. Upon further review, it appears that the correct court is the 401st District Court.